**Order entered December 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01237-CV

**MICHAEL BLOOM, Appellant**

**V.**

**SANDRA M. SWANGO, Appellee**

**On Appeal from the Probate Court No. 3
Dallas County, Texas
Trial Court Cause No. PR-14-01380-3**

## ORDER

Before the Court are appellant's November 10, 2014 motion for stay and/or writ of prohibition and November 17, 2014 first supplement to motion for stay and/or writ of prohibition. We **ORDER** appellee to file a response to the motion and supplement no later than December 9, 2014.

/s/     CRAIG STODDART
         JUSTICE